AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUL - 6 2015

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Pablo Alberto Rivera-Izquierdo
A088 375 938
AKA: Pablo Alberto Rivera

IAE YOB: 1992
El Salvador

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-15-1095-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 4, 2015** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near San Juan, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Pablo Alberto Rivera-Izquierdo was encountered by Border Patrol Agents near San Juan, Texas on July 4, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 4, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 16, 2012, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 2, 2011, the defendant was convicted of Burglary 2nd Degree and was sentenced to ten (10) years suspended sentence and three (3) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

OK to file. TRS

Sworn to before me and subscribed in my presence,

**July 6, 2015**

Signature of Complainant
Adan De Los Santos        Border Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer